## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
(Tampa Division)
Case No.: 8:25-cv-02992-CEH-AAS

**CHRISTIAN ZIEGLER &**
**BRIDGET ZIEGLER,**

      Plaintiffs,

v.

**CITY OF SARASOTA,**
**ANGELA COX, &**
**MARIA LLOVIO,**

      Defendants.

_____/

### LEAD COUNSEL DESIGNATION

      Plaintiffs Christian Ziegler and Bridget Ziegler designate Matt Sarelson, Esq.

lead counsel.

                                Respectfully submitted,

                                Matthew Seth Sarelson
                                Florida Bar 888281
                                Zachary Stoner
                                Florida Bar 1032816
                                **DHILLON LAW GROUP, INC.**
                                Attorneys for Plaintiffs
                                1601 Forum Place, Suite 202
                                West Palm Beach, Florida 33401
                                305.391.2111
                                msarelson@dhillonlaw.com
                                zstoner@dhillonlaw.com