**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

# CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:25-cv-2992-CEH-AAS | **DATE:** November 23, 2026 |
| **CHRISTIAN ZIEGLER and BRIDGET ZIEGLER,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SARASOTA, ANGELA COX, and MARIA LLOVIO,**<br><br>Defendants. | **PLAINTIFFS' COUNSEL:**<br>Matthew S. Sarelson and<br>Steven N. Gosney<br><br>**DEFENDANTS' COUNSEL:**<br>James O. Williams, Jr.,<br>Abigail M. Laflamme,<br>Timothy P. Culhane<br>Bradley P. Rothman<br>Veronica Burianek, and<br>Morgan R. Bentley |
| **COURTROOM:** *via* Zoom | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 1:44 P.M. – 2:30 P.M. | **TOTAL:** 46 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Deanna Cassio |

**PROCEEDINGS: MOTION HEARING & PRELIMINARY INJUNCTION HEARING**

Court in session.

Counsel is present *via* Zoom video conference and identified for the record.

Plaintiff Bridget Ziegler and Defendant Michael Barfield are also present.

This matter is before the Court today for a hearing on The Florida Center for Government Accountability, Inc. and Michael Barfield's Time-Sensitive Motion to Intervene for the Limited Purpose of Opposing Plaintiffs' Motion for Preliminary Injunction (Doc. 119), their Emergency Motion for Reconsideration (Doc. 122), the Temporary Restraining Order (Doc. 120), and Incorporated Memorandum of Law (Doc. 126), and a Preliminary Injunction Hearing.

The Court hears arguments from counsel.

A written order will be entered.

Court adjourned.